UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:07-CR-66 RM |
| | ) | |
| JORGE SANCHEZ-BENITEZ | ) | |

ORDER

The Clerk of the Court is ordered to replace Docket No. 16, dated November 27, 2007, with this present order for the purpose of correcting a clerical error.

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on November 7, 2007 [Doc. No. 15]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jorge Sanchez-Benitez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a).

SO ORDERED.

ENTERED:   December 4, 2007

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court